B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Doral Properties, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**66-0572283** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**999 Ponce de Leon Blvd**<br>**Coral Gables, FL**<br>ZIP Code **33134** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Puerto Rico** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **1451 Franklin D. Roosevelt Avenue**<br>**San Juan**<br>**Puerto Rico** |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>■ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9              of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13           of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,     ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as           business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b).<br>**Chapter 11 Debtors** |
|---|---|

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13) Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Doral Properties, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: Doral Financial Corporation | Case Number: 15-10573 | Date Filed: 3/11/15 |
|---|---|---|
| District: Southern District of New York | Relationship: Parent | Judge: Shelley Chapman |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)    (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) — Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Doral Properties, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

Date

### Signature of Attorney*

X /s/ Mark Bane
Signature of Attorney for Debtor(s)

**Mark I. Bane**
Printed Name of Attorney for Debtor(s)

**Ropes & Gray LLP**
Firm Name

**1211 Avenue of the Americas
New York, NY 10036**
Address

**212-596-9000  Fax: 212-596-9090**
Telephone Number

11/25/15
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ [signature]
Signature of Authorized Individual

**Carol Flaton**
Printed Name of Authorized Individual

**Director**
Title of Authorized Individual

11/25/15
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# **CERTIFICATION OF RESOLUTIONS OF DORAL PROPERTIES, INC.**

I, Enrique R. Ubarri, do hereby certify that (a) I am a duly elected, qualified, and acting secretary and director of Doral Properties, Inc. (the "Company"), (b) the following resolutions were duly adopted by the Board of Directors of the Company on November 23, 2015, in accordance with the requirements of Puerto Rico corporation law, and (c) said resolutions have not been amended, modified, or rescinded and are in full force and effect as of the date hereof.

**Approval of commencement of chapter 11 case for the Company and related matters**

**RESOLVED**: That in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**RESOLVED**: That the Company's Directors, Carol Flaton, Andrew Bastone, and Enrique Ubarri be, and they hereby are, authorized and directed to execute and file the Chapter 11 Case on behalf of the Company in the Bankruptcy Court and seek joint administration with the chapter 11 case of Doral Financial Corporation, Case No. 15-10573 (SCC).

**RESOLVED**: That each of Carol Flaton, Andrew Bastone, Enrique R. Ubarri, and Scott Martinez (each, an "Authorized Person", and collectively, the "Authorized Persons"), acting alone or with one or more other Authorized Persons be, and they hereby are, authorized and directed to execute and file on behalf of the Company all schedules, lists and other papers or documents, and to take any and all action which they deem reasonable, advisable, expedient, convenient, necessary or proper to obtain such relief.

**RESOLVED**:  That in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company seek approval of a sale of the building and land located at 1451 Franklin D. Roosevelt Avenue, San Juan, Puerto Rico, together with the parking lot, parking structure, and warehouses adjacent thereto (collectively, the "Assets"), in a bankruptcy auction process under Bankruptcy Code section 363, and that the Company enter into an asset purchase agreement (the "Stalking Horse APA") with Banco Popular de Puerto Rico, as the stalking horse bidder, to purchase the Assets, in the form provided to the Board of Directors with such changes as determined to be necessary and appropriate in the discretion of the Authorized Persons.

**RESOLVED**: That each Authorized Person, acting alone or with one or more Authorized persons be, and they hereby are, authorized and directed to execute on behalf of the Company the Stalking Horse APA and to take any and all actions which they deem reasonable, advisable, expedient, convenient, necessary or proper to implement and consummate the auction and sale of the Assets.

**RESOLVED**: That the Authorized Persons be, and they hereby are, authorized and directed to employ the law firm of Ropes & Gray LLP as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Ropes & Gray LLP.

**RESOLVED**: That the Authorized Persons be, and they hereby are, and each of them acting singly is, authorized and directed to employ and retain the firm of Zolfo Cooper Management, LLC to provide management services, in accordance with the terms of an amended Services Agreement between the Company, Doral Financial Corporation, and Zolfo Cooper Management, LLC (as amended, the "Services Agreement"), to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Persons be, and they hereby are, and each of them acting singly is, authorized and directed to negotiate the final terms of the Services Agreement, execute the Services Agreement, and cause to be filed an appropriate application for authority to retain the services of Zolfo Cooper, LLC.

**RESOLVED**: That Scott Martinez, a director of Zolfo Cooper, LLC, the direct parent of Zolfo Cooper Management, LLC, is hereby appointed the Chief Restructuring Officer of the Company pursuant to the terms of the Services Agreement, to serve in that capacity until such time as his successor is appointed or until his earlier resignation or removal.

**RESOLVED**: That Mr. Martinez, in his capacity as Chief Restructuring Officer, shall be added to certain of the Company's insurance policies, as set forth in the Services Agreement and provided with all indemnities, benefits and protections of the Company's insurance policies covering the Company's other directors and officers.

**RESOLVED**: That the Company may retain such other professionals to represent and/or assist the Company in the Chapter 11 Case on a general retainer or such other terms or conditions as any Authorized Person shall deem advisable.

**RESOLVED**: That the Authorized Persons be, and they hereby are, and each of them acting singly is, authorized and directed, on behalf of and in the name of the Company, to enter into, execute, deliver, certify, file, and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates, and other documents and to take such other actions as in the judgment of the Authorized Person shall be or become necessary, appropriate, and desirable to prosecute to a successful completion the Chapter 11 Case and otherwise exercise the rights and powers of the Company as a member or manager (however denominated) of the subsidiaries of the Company that are limited liability companies (if any) or as a stockholder of the subsidiaries of the Company that are corporations (if any).

**RESOLVED**: That the omission from these resolutions of any agreement, document or other arrangement contemplated by any of the agreements, documents or instruments described in the foregoing resolutions or any action to be taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Authorized Persons to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions.

**RESOLVED**: That all acts and things previously done by any of the officers of the Company, on or prior to the date hereof, in the name and on behalf of the Company, in connection with the transactions contemplated by the foregoing resolutions, are in all respects ratified, approved, confirmed and adopted as acts and deeds by and on behalf of the Company.

**IN WITNESS WHEREOF**, the undersigned has caused this certificate to be executed on November 24th, 2015.

By: /Enrique R. Ubarri
Title: Director and Secretary of the Board

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  **Doral Properties, Inc.**            Case No. _____

                                          Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 25 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 25 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 25 largest unsecured claims. If a minor child is one of the creditors holding the 25 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Wilmington Trust, as Trustee<br>Attn: Jay Smith IV<br>Corporate Trust Services<br>25 Charles St., 11th Floor<br>MD2-CS58<br>Baltimore, MD 21201 | Wilmington Trust, as Trustee<br>Attn: Jay Smith IV<br>Corporate Trust Services<br>25 Charles St., 11th Floor<br>MD2-CS58<br>Baltimore, MD 21201 | Loan | | $6,500,000.00 |
| Alarm & Control System Co., Inc.<br>PO Box 11857<br>San Juan, PR 00922-1857 | Alarm & Control System Co., Inc.<br>PO Box 11857<br>San Juan, PR 00922-1857 | Service Provider | | Unknown |
| Autoridad de Acueductos y Alcantarillado<br>PO Box 70101<br>San Juan, PR 00936-8101 | Autoridad de Acueductos y Alcantarillado<br>PO Box 70101<br>San Juan, PR 00936-8101 | Utilities | | Unknown |
| Autoridad de Energia Electrica<br>PO Box 363508<br>San Juan, PR 00936-3508 | Autoridad de Energia Electrica<br>PO Box 363508<br>San Juan, PR 00936-3508 | Utilities | | Unknown |
| Banco Popular de Puerto Rico<br>209 Munoz Rivera Avenue<br>San Juan, PR 00918 | Banco Popular de Puerto Rico<br>209 Munoz Rivera Avenue<br>San Juan, PR 00918 | Tenant | | Unknown |
| Caribbean Real Estate Services LLC d/b/a Newmark Grubb Caribbean<br>Centro Internacional de Mercadeo II<br>90 RD 165, Suite 401<br>Guaynabo, PR 00968 | Caribbean Real Estate Services LLC d/b/a Newmark Grubb Caribbean<br>Centro Internacional de Mercadeo II<br>90 RD 165, Suite 401<br>Guaynabo, PR 00968 | Service Provider | | Unknown |
| Cascade Water Services<br>PO Box 190<br>Bayamon, PR 00960-1900 | Cascade Water Services<br>PO Box 190<br>Bayamon, PR 00960-1900 | Service Provider | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  **Doral Properties, Inc.**　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 25 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Commercial Centers Management Realty, S en C Plaza Caparra Shopping Center 1498 Roosevelt Ave, Suite 201 Guaynabo, PR 00968 | Commercial Centers Management Realty, S en C Plaza Caparra Shopping Center 1498 Roosevelt Ave, Suite 201 Guaynabo, PR 00968 | Service Provider | | Unknown |
| Consolidated Waste Services Corp. PO Box 1339 Gurabo, PR 00778 | Consolidated Waste Services Corp. PO Box 1339 Gurabo, PR 00778 | Service Provider | | Unknown |
| CRIM PO Box 195387 San Juan, PR 00919-5387 | CRIM PO Box 195387 San Juan, PR 00919-5387 | Taxing Authority | | Unknown |
| Deya Elevator Services Inc PO Box 362411 San Juan, PR 00936-2411 | Deya Elevator Services Inc PO Box 362411 San Juan, PR 00936-2411 | Service Provider | | Unknown |
| Doral Mortgage, LLC 1601 Bryan Street Dallas, TX 75201 | Doral Mortgage, LLC 1601 Bryan Street Dallas, TX 75201 | Former Tenant | | Unknown |
| Doral Recovery II, LLC 1601 Bryan Street Dallas, TX 75201 | Doral Recovery II, LLC 1601 Bryan Street Dallas, TX 75201 | Former Tenant | | Unknown |
| FDIC as Receiver for Doral Bank 1601 Bryan Street Dallas, TX 75201 | FDIC as Receiver for Doral Bank 1601 Bryan Street Dallas, TX 75201 | Former Tenant | | Unknown |
| Fiddler, Gonzalez & Rodriguez, P.S.C. 254 Muñoz Rivera Ave. 6th floor San Juan, PR 00918 | Fiddler, Gonzalez & Rodriguez, P.S.C. 254 Muñoz Rivera Ave. 6th floor San Juan, PR 00918 | Service Provider | | Unknown |
| GJ Fire & Burglary Equip. Inc. PO Box 367173 San Juan, PR 00936-7173 | GJ Fire & Burglary Equip. Inc. PO Box 367173 San Juan, PR 00936-7173 | Service Provider | | Unknown |
| Gobierno de Puerto Rico Edificio Intendente Ramírez, 10 Paseo Covadonga San Juan, PR 00901 | Gobierno de Puerto Rico Edificio Intendente Ramírez, 10 Paseo Covadonga San Juan, PR 00901 | Taxing Authority | | Unknown |
| Jones Lang LaSalle Puerto Rico Inc. 350 Ave Chardon, STE 225 San Juan, PR 00918 | Jones Lang LaSalle Puerto Rico Inc. 350 Ave Chardon, STE 225 San Juan, PR 00918 | Service Provider | | Unknown |
| Landa Umpierre P.S.C PO Box 363642 San Juan, PR 00936 | Landa Umpierre P.S.C PO Box 363642 San Juan, PR 00936 | Service Provider | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  **Doral Properties, Inc.** _____
                       Debtor(s)

Case No.  _____

## LIST OF CREDITORS HOLDING 25 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| National Building Maintenance Corp. 855 Ave Hostos Ponce, PR 00716-1105 | National Building Maintenance Corp. 855 Ave Hostos Ponce, PR 00716-1105 | Service Provider | | Unknown |
| Ranger American of P.R. PO Box 29105 San Juan, PR 00929-0105 | Ranger American of P.R. PO Box 29105 San Juan, PR 00929-0105 | Service Provider | | Unknown |
| Smart Building Solutions PO BOX 3664 Carolina, PR 00984 | Smart Building Solutions PO BOX 3664 Carolina, PR 00984 | Service Provider | | Unknown |
| Triple S PO Box 70313 San Juan, PR 00936-0313 | Triple S PO Box 70313 San Juan, PR 00936-0313 | Service Provider | | Unknown |
| Universal Equipment Sales & Service Corp. PO Box 194048 San Juan, PR 00919-4048 | Universal Equipment Sales & Service Corp. PO Box 194048 San Juan, PR 00919-4048 | Service Provider | | Unknown |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  11/24/15          Signature  _/s/ Scott Martinez_
                                    **Scott Martinez**
                                    **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

R<small>OPES</small> & G<small>RAY</small> LLP
Mark I. Bane
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

-and-

James A. Wright III
Meredith S. Tinkham (*pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Counsel to Doral Financial Corporation and Proposed Counsel to Doral Properties, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Doral Properties, Inc. | : | Case No. 15-_____ (SCC) |
| | : | |
|          Debtor. | : | |
----------------------------------------------------------x

# RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 7007.1-1 of the Local Bankruptcy Rules for the Southern District of New York, the undersigned proposed counsel for the Debtor, Doral Properties, Inc., certifies as follows:

1. Doral Properties, Inc. is a wholly owned subsidiary of Doral Financial Corporation; and

2. No corporation owns, directly or indirectly, 10% or more of any class of equity interests in Doral Properties, Inc.

Dated: November 25, 2015
New York, New York

    */s/ Mark I. Bane*
ROPES & GRAY LLP
Mark I. Bane
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: mark.bane@ropesgray.com

-and-

James A. Wright III
Meredith S. Tinkham (*pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: james.wright@ropesgray.com
meredith.parkinson@ropesgray.com

*Counsel to the Doral Financial Corporation and Proposed Counsel to Doral Properties, Inc.*